DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**DOUGLAS DUAN ANDRY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-0668

[August 13, 2014]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562012CF001243A.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melvin G. Mosier, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Villanueva v. State*, 917 So. 2d 968 (Fla. 3d DCA 2005).

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***